James Dolan, *Plaintiff in Error, v.* The People of the State of New York, *Defendants in Error.* — Judgment affirmed. Opinion by Daniels, J.

John B. Manning, *Appellant, v.* Bernard Reilly, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Samuel Gross and others, *Appellants, v.* Aaron M. Clark, *Administrator, etc., Respondent.* — Order affirmed, with costs. Opinion by Daniels, J.

Frederick K. Clark, *Appellant, v.* Aaron M. Clark, *Respondent.* — Order affirmed, with costs. Opinion by Daniels, J.

Mary Bowman, *Respondent, v.* Samuel D. Gates, *Appellant,* Impleaded, etc. — Order affirmed, with costs. Opinion by Daniels, J.

Mark M. Stanfield, *Plaintiff, v.* James T. Leavitt, Impleaded with others. — Motion denied, with ten dollars costs. Opinion by Daniels, J.

Abel Horton, *Respondent, v.* Jacob R. Shipherd, *Appellant.* — Order affirmed, with costs. Opinion by Daniels, J.

William H. Garner, *Respondent, v.* William H. Gladwin, *Appellant.* — Order affirmed. Opinion by Daniels, J.

Daniel Adams and others, *Appellants, v.* Abraham W. Godfrey, *Respondent.* Charles H. Isham *v.* The Same. John T. Willitts *v.* The Same. George H. Appold *v.* The Same. Loring A. Robertson *v.* The Same. Louis F. Robertson *v.* The Same. Hoffman Atkinson *v.* The Same. — Orders modified as directed in opinion, without costs to either party. Opinion by Brady, J.

John Paret and Frederick E. Bacon, *Respondents, v.* Michael Segall, *Appellant.* — Order reversed and motion granted, with ten dollars costs and disbursements. Opinion by Brady, J.

Henry H. Morange, *Appellant, v.* Jesse E. Morange, *Respondent.* Same *v.* Same. — Order affirmed, with ten dollars costs on one appeal. Opinion by Davis, P. J.

William Gerlach, *Appellant, v.* John Herduysfelder, *Respondent.* — Order reversed, with ten dollars costs and disbursements.